IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILED - 12/12/07*

| | |
|---|---|
| Rory Dwayne Joshua,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. Lee, et al.,<br><br>　　　　　　Defendants. | C 07-0422 RMW (PR)<br><br>[xxxxxxxxxxxxxx] **ORDER GRANTING DEFENDANTS' EX-PARTE REQUEST FOR EXTENSION OF TIME**<br><br>Judge:　The Honorable Ronald M. Whyte |

　　　Counsel for Defendants Robert Bowman, Susan Norton, Charles Lee, Gregorio Salazar, Damon Battles, Nabor Barroso and Michael Evans filed a request for a thirty-day extension of time, up to and including January 16, 2007, in which to file an answer to the complaint.

　　　The Court has read and considered Defendants' request and counsel's accompanying declaration, and finds that good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file an answer is extended for thirty days, up to and including January 16, 2008.

　　　Dated: December 12, 2007

　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　HON. RONALD M. WHITE

40194755.wpd
SF2007403215

[xxxxxxxx] Order

Case No. C 07-0422 RMW (PR)

1