UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RORY DWAYNE JOSHUA            No. C 07-0422 RMW

       Plaintiff,

     v.                                   **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

C. LEE et al..

       Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that a Settlement Conference is scheduled for June 19, 2007 at 11:00 a. m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

      Lead trial counsel shall appear at the Settlement Conference with the parties and persons having full authority to negotiate and settle the case.

      The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Settlement Conference

SO ORDERED.

Dated: February 27, 2008

                                      _____
                                      NANDOR J. VADAS
                                      United States Magistrate Judge

SC-further

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA,  
       v.  
LEE  
_____/

No. C 07-0422 RMW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Rory Dwayne Joshua  
944 60th Street  
Oakland, CA 94608-1305

RICHARD W. WIEKING, CLERK

By: /s/_____  
      Deputy Clerk