IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY DWAYNE JOSHUA,<br><br>    Plaintiff,<br><br>    v<br><br>C. LEE et al.,<br><br>    Defendants. | Case No C 07-422 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>June 19, 2008</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☐ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, William C. Wong

☒ Other: Representative of California Department of Corrections and Rehabilitation and Charles Lee M.D. CMO Salinas Valley State Prison

1
2  (2)  The following individuals, parties, and/or representatives did not appear: Plaintiff,
3       Rory Dwayne Joshua
4  (3)  The outcome of the proceeding was:
5       ☐ The case has been completely settled.
6       ☐ The case has been partially resolved and, on or before
7       _____, counsel for defendants shall file a joint stipulation specifying
8  those claims which have been resolved and those that remain to be resolved by the Court.
9       ☐ The parties agree to an additional follow up settlement on
10      _____.
11      ☒ The parties are unable to reach an agreement at this time.
12  Date:  6/23/08                          _____
13                                          Nandor J Vadas
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joshua | No. C 07-0422 RMW |
| v. | CERTIFICATE OF SERVICE |
| Lee _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/23/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Rory Dwayne Joshua**
V50516
944 60th Street
Oakland, CA 94608-1305

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3