*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY DWAYNE JOSHUA, | No. C 07-0422 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| C. LEE, et al., | |
| Defendants. | |

The court has dismissed the instant pro se civil rights complaint without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A judgment of dismissal without prejudice is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.07\Joshua422jud.wpd